**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-7406**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

DARRYLE EDWARD ROBERTSON, a/k/a Tiger,

        Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge. (1:01-cr-00304-GLR-3)

Submitted: February 24, 2022                Decided: March 2, 2022

Before WILKINSON and AGEE, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Darryle Edward Robertson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darryle Edward Robertson appeals the district court's orders denying his motions for compassionate release and reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*